**Chhetry & Associates, P.C.**

Tel: (212) 947-1079
Fax: (212) 947-1081

October 9, 2025

<u>Via ECF</u>

U.S. Magistrate Judge Taryn A. Merkl
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *Ramirez v. Kharel et al.*, 24 Civ. 4043, Final Joint Extension Request

Your Honor:

    Our office represents all named Defendants, excluding Defendant Bhup Raj Khatri, in this action. We write jointly with counsel for Plaintiff to request a short and final 25-day extension of the current discovery deadline currently set for October 10, 2025. The requested extension is needed to allow Defendants to complete their responses to Plaintiff's final discovery requests, which were originally served on August 14, 2025.

    To date, the parties have completed all necessary fact depositions, six in total, and supplemented additional pages of discovery in addition to the hundreds of pages already previously produced. On August 14, Plaintiff served his First Requests for Admissions and Third Set of Interrogatories and Requests for Production. Defendants requested an extension of the response deadline from September 15 to September 30, which Plaintiff granted. However, over the past six weeks, Defendants' counsel has experienced a sudden mass increase of short-notice hearings of new detained immigration cases who were previously non-detained clients ranging over one hundred. As a result of this increase, along with personal unavoidable absences by attorneys in the same time span, Defendants did not respond to Plaintiff's August 14 Requests until October 3 and October 6. Plaintiff promptly raised concerns about the sufficiency of the responses, and counsel met and conferred about these issues on October 8, 2025. Following this conference, Defendants have agreed to amend, supplement, and complete their responses to the discovery requests as necessary.

    Further, counsel for Defendants requires additional time to review documents produced pursuant to a third-party subpoena on October 3. Because Plaintiff's counsel inadvertently failed to provide advance notice regarding the subpoena, Plaintiff has sequestered the responsive documents, without reviewing them, and provided them for Defendants to review in the first instance to afford counsel an opportunity to object to Plaintiff's review and use of the documents. The requested extension is needed to complete this review and permit the parties to confer about any disputes that may arise.

Chhetry & Associates, P.C.
494 8th Avenue, 9th Floor
New York, NY 10001
Chhetrylaw.com

Based on the above, the parties believe that the below requested new deadlines will be adequate and a final extension. The requested new deadlines are as follows:

- Defendants' deadline for amended responses to Plaintiff's First Requests for Admissions and Third Set of Interrogatories and Requests for Production and to raise any objections to scope of documents produced in response to Plaintiff's third-party subpoena: October 17, 2025

- Plaintiff's deadline for any further requests and status conferences following Defendants' deadline: October 22, 2025

- Deadline for fact discovery: November 4, 2025

- Deadline for parties' joint status report certifying the close of fact discovery: November 7, 2025.

We thank the Court for its consideration of this request.

Respectfully submitted,

**CHHETRY & ASSOCIATES, P.C.**

/s/ Khagendra Gharti-Chhetry
Khagendra Gharti-Chhetry, Esq.

cc: Counsel of record (via ECF)