# Chhetry & Associates, P.C.

Tel: (212) 947-1079
Fax: (212) 947-1081

October 28, 2025

Via ECF

U.S. Magistrate Judge Taryn A. Merkl
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Ramirez v. Kharel et al.*, 24 Civ. 4043, Extension Request to Letter Motion

Your Honor:

Our office represents all named Defendants, excluding Defendant Bhup Raj Khatri, in this action. On August 17, 2025, Mr. Nevin Chetry filed a notice of appearance and has been working in this matter.

I write to request for extension of time to extend the time to file a response to Plaintiff's letter Motion for pre motion conference which is due by 10/29/2025. This request is made because I was travelling overseas to Nepal on an urgent personal matter and I just returned back last night. I am not able to work on this matter. Attorney Nevin Chetry who was primarily working on this case had to travel to Nepal in connection with his wedding and is coming back on November 3, 2025.

I have reached out to the Plaintiff's counsel who has consented for extension of time until October 31, 2025. However, we need extension until November 7, 2025.

Therefore, we respectfully request for extension of time to file a response from 10/29/2025 to 11/07/2025. In the mean time Defendants will make efforts to confer with Plaintiffs' counsel to narrow the issues. Please note that in view of the Plaintiff's Letter Motion, the deadline for discovery of 11/4/2025 and the joint report certifying close of fact discovery of November 7, 2025 may also be extended by another 10 days.

Chhetry & Associates, P.C.
494 8th Avenue, 9th Floor
New York, NY 10001
Chhetrylaw.com

We thank the Court for its consideration of this request.

                                          Respectfully submitted,

                                          **CHHETRY & ASSOCIATES, P.C.**

                                          /s/ Khagendra Gharti-Chhetry
                                          Khagendra Gharti-Chhetry, Esq.

cc: Counsel of record (via ECF)