UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIPE RAMIREZ<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>BIKASH KHAREL, BED KHAREL, UJUR BAHADUR KHATRI, BHUP RAJ KHATRI, SUNIL PATEL, DILLI RHAM DHUGANA, PESHAL DHAKAL, NEUPANE NIRMALA, and MT. EVEREST INDIAN 2ND RESTAURANT, INC. (d/b/a "SPICE & GRILL"),<br><br>　　　　　　　　　　Defendants. | Civ. No. 24-CV-04043 |

## MOTION TO WITHDRAW AS COUNSEL

PURSUANT TO RULE 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and upon the accompanying declaration of Nathalia Alejandra Varela, plaintiffs hereby move this COurt to withdraw Nathalia Alejandra Varela as counsel of record and to remove her from the ECF service list in the above-captioned action. As of November 20, 2025, Ms. Varela will no longer be associated with Make the Road New York. The other attorneys of record from Make the Road New York and Kaufman Lieb Lebowitz & Frick LLP will continue to represent plaintiffs in this matter. Ms. Varela's withdrawals will neither delay resolution of the above-captioned action nor prejudice any party, and there is thus good cause to permit Nathalia Alejandra Varela to withdraw as counsel for plaintiffs

Dated: November 18, 2025
　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Nathalia Alejandra Varela

　　　　　　　　　　　　　　　　　　　　　　Nathalia Alejandra Varela
　　　　　　　　　　　　　　　　　　　　　　Make the Road New York
　　　　　　　　　　　　　　　　　　　　　　104-19 Roosevelt Avenue
　　　　　　　　　　　　　　　　　　　　　　Corona, NY 11368
　　　　　　　　　　　　　　　　　　　　　　718-565-8500

nathalia.varela@maketheroadny.org